IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS WEST-v,<br><br>        Plaintiff,<br><br>   v.<br><br>KMART HOLDING CORPORATION, ET AL.,<br><br>        Defendant.<br>_____/ | No. C 06-2894 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER STATUS CONFERENCE: 11/3/06 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is 2/28/07

DESIGNATION OF EXPERTS: 1/19/07; REBUTTAL: 1/19/07.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 2/28/07

DISPOSITIVE MOTIONS **SHALL** be filed by 3/9/07;

    Opp. Due 3/23/07; Reply Due 3/30/07;

    and set for hearing no later than 4/13/07 at 9:00 AM.

PRETRIAL CONFERENCE DATE: 5/8/07 at 3:30 PM.
Pretrial conference materials due no later than 4/24/07.

JURY TRIAL DATE: May 21, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case is referred to the court's ADR Program for a mediation conference to occur by 10/31/06.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/3/06

                                    SUSAN ILLSTON
                                    United States District Judge